UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Henry Lee Wright                                      Docket No. 7:00-CR-40-2FL

**Petition for Action on Supervised Release**

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Henry Lee Wright, who, upon an earlier plea of guilty to Conspiracy to Commit Armed Bank Robbery - 18 U.S.C. § 371 ; Use, Carry and Brandish a Firearm during and in relation to a crime of violence and aiding and abetting -18 U.S.C. § 924 (c)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on November 6, 2001, to the custody of the Bureau of Prisons for a term of 176 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On April 5, 2017, this case was reassigned to the Honorable Louise W. Flanagan, U.S. District Judge. Henry Lee Wright was released from custody on February 22, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant reported that he was having difficulty adjusting back to the challenges of society since his release from prison and has requested counseling to assist in his adjustment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                              I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy                                     /s/ Amir A. Hunter
Maurice J. Foy                                           Amir A. Hunter
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                           310 New Bern Avenue, Room 610
                                                           Raleigh, NC 27601-1441
                                                           Phone: 919.861.8663
                                                           Executed On: February 18, 2020

## ORDER OF THE COURT

Considered and ordered this ___19th___ day of ___February___, 2020, and ordered filed and made a part of the records in the above case.

_Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge