UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Henry Lee Wright**                                        **Docket No. 7:00-CR-40-2FL**

**Petition for Action on Supervised Release**

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Henry Lee Wright, who, upon an earlier plea of guilty to Conspiracy to Commit Armed Bank Robbery, 18 U.S.C § 371 and Use, Carry and Brandish a Firearm During and in Relation to a crime of Violence and Aiding and Abetting, 18 U.S.C § 924 (c)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on November 6, 2001, to the custody of the Bureau of Prisons for a term of 176 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On April 5, 2017, this case was reassigned to the Honorable Louise W. Flanagan, U.S. District Judge.

Henry Lee Wright was released from custody on February 22, 2018, at which time the term of supervised release commenced.

On February 19, 2020, the conditions of supervision were modified to include mental health treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was arrested for Driving While Impaired in Durham County, North Carolina on October 25, 2021. The defendant admitted to having a problem with alcohol and asked for assistance.

The defendant has agreed to perform 25 hours of community service and obtain a substance abuse assessment and follow all recommendations of the assessment in response to this conduct. The defendant will be referred back to First Step Services for the Substance Abuse assessment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 25 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

**Henry Lee Wright**
**Docket No. 7:00-CR-40-2FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

/s/ Quanda L. Lunsford
Quanda L. Lunsford
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8801
Executed On: November 12, 2021

## ORDER OF THE COURT

Considered and ordered this __23rd__ day of __November__, 2021, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge